```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 20705
   JOHN LUMPKIN SR
   EARLEAN LUMPKIN                           CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2035      SSN XXX-XX-1417

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 11/06/2007 and was confirmed 01/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.94%.

     The case was dismissed after confirmation 01/07/2009.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED           136.57           .00         14.94
NATIONAL CAPITAL MGMT LL  UNSECURED          4757.63           .00           .00
NATIONAL CAPITAL MGMT LL  UNSECURED          1046.89           .00           .00
GMAC                      SECURED VEHIC       551.07          5.69        551.07
VATIV RECOVERY SOLUTIONS  UNSECURED          2057.18           .00           .00
AMERICREDIT FINANCIAL SV  SECURED VEHIC     10704.00        604.86       2373.02
CHASE MANHATTAN MTG CORP  CURRENT MORTG     10307.00           .00      10307.00
CHASE MANHATTAN MTG CORP  MORTGAGE ARRE     19454.74           .00       2780.38
CODILIS & ASSOCIATES      NOTICE ONLY       NOT FILED          .00           .00
JAMES M PHILBRICK         NOTICE ONLY       NOT FILED          .00           .00
HSBC AUTOMOTIVE FINANCE   SECURED VEHIC      9725.00        549.53       2156.02
HSBC AUTOMOTIVE FINANCE   UNSECURED           348.34           .00           .00
STANDARD BANK & TRUST     CURRENT MORTG          .00           .00           .00
JAMES B CARROLL & ASSOC   NOTICE ONLY       NOT FILED          .00           .00
ROUNDUP FUNDING LLC       NOTICE ONLY       NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED         12652.11           .00           .00
HOUSEHOLD FINANCE         NOTICE ONLY       NOT FILED          .00           .00
CAPITAL ONE               UNSECURED          1391.28           .00           .00
CAPITAL ONE               UNSECURED          1543.60           .00           .00
CAPITAL ONE               UNSECURED           954.93           .00           .00
CAPITAL ONE BANK          UNSECURED         NOT FILED          .00           .00
CAPITAL ONE               UNSECURED           809.45           .00           .00
NATIONAL CAPITAL MGMT LL  UNSECURED          5151.36           .00           .00
CACH LLC                  NOTICE ONLY       NOT FILED          .00           .00
PROVIDIAN FINANCIAL       NOTICE ONLY       NOT FILED          .00           .00
ROUNDUP FUNDING LLC       NOTICE ONLY       NOT FILED          .00           .00
COLLECT AMERICA LTD       UNSECURED         NOT FILED          .00           .00
COLLECTION COMPANY OF AM  UNSECURED         NOT FILED          .00           .00
COUNTRY CLUB HILLS        NOTICE ONLY       NOT FILED          .00           .00
COLLECTION COMPANY OF AM  UNSECURED         NOT FILED          .00           .00
COUNTRY CLUB HILLS        NOTICE ONLY       NOT FILED          .00           .00
CHRYSLER FINANCIAL        UNSECURED          8505.28           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20705 JOHN LUMPKIN SR & EARLEAN LUMPKIN
```

```
CHRYSLER FINANCIAL         NOTICE ONLY    NOT FILED                .00              .00
DAVID J FRANKEL ESQ        NOTICE ONLY    NOT FILED                .00              .00
RELZMAN BERGER PC          NOTICE ONLY    NOT FILED                .00              .00
EXXON MOBILE               UNSECURED      NOT FILED                .00              .00
RECOVERY MANAGEMENT SYST   NOTICE ONLY    NOT FILED                .00              .00
FIRST PREIMER BANK         UNSECURED      NOT FILED                .00              .00
ECAST SETTLEMENT CORP      UNSECURED        1368.00                .00              .00
GE CONSUMER FINANCE        NOTICE ONLY    NOT FILED                .00              .00
ECAST SETTLEMENT CORP      UNSECURED        1179.80                .00           129.07
ECAST SETTLEMENT CORP      NOTICE ONLY    NOT FILED                .00              .00
ECAST SETTLEMENT CORP      UNSECURED         655.16                .00              .00
ECAST SETTLEMENT CORP      NOTICE ONLY    NOT FILED                .00              .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED                .00              .00
JC PENNY                   UNSECURED      NOT FILED                .00              .00
RECOVERY MANAGEMENT SYST   NOTICE ONLY    NOT FILED                .00              .00
MAX RECOVERY               UNSECURED        1594.94                .00              .00
MRSI                       UNSECURED      NOT FILED                .00              .00
INGALLS MEMORIAL HOSPITA   NOTICE ONLY    NOT FILED                .00              .00
NCO-MEDCLR                 UNSECURED      NOT FILED                .00              .00
NICOR GAS                  UNSECURED      NOT FILED                .00              .00
PALISADES COLLECTIONS      UNSECURED      NOT FILED                .00              .00
AT & T UNIVERSAL CARD      NOTICE ONLY    NOT FILED                .00              .00
PORTFOLIO RECOVERY         UNSECURED         400.85                .00              .00
RMI/MCSI                   UNSECURED         614.07                .00              .00
COUNTRY CLUB HILLS         NOTICE ONLY    NOT FILED                .00              .00
RMI/MCSI                   UNSECURED      NOT FILED                .00              .00
COUNTRY CLUB HILLS         NOTICE ONLY    NOT FILED                .00              .00
RMI/MCSI                   UNSECURED      NOT FILED                .00              .00
VILLAGE OF SOUTH HOLLAND   NOTICE ONLY    NOT FILED                .00              .00
SST                        UNSECURED        3433.75                .00              .00
PROVIDIAN FINANCIAL        NOTICE ONLY    NOT FILED                .00              .00
SST                        NOTICE ONLY    NOT FILED                .00              .00
SST CARD SERVICE           NOTICE ONLY    NOT FILED                .00              .00
TRS CIGPF1CORP             NOTICE ONLY    NOT FILED                .00              .00
AMERICREDIT FINANCIAL SV   UNSECURED        1249.82                .00              .00
CHRYSLER FINANCIAL SVC A   SECURED NOT I   14567.78                .00              .00
STANDARD BANK & TRUST      MORTGAGE ARRE    4858.80                .00           694.39
TRS CIGPF1CORP             UNSECURED      NOT FILED                .00              .00
B-REAL LLC                 UNSECURED          31.00                .00              .00
TIMOTHY K LIOU             DEBTOR ATTY     1,191.20                            1,191.20
TOM VAUGHN                 TRUSTEE                                              1,822.83
DEBTOR REFUND              REFUND                                                   .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   23,180.00


              PAGE  2 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 20705 JOHN LUMPKIN SR & EARLEAN LUMPKIN
```

```
PRIORITY                                                             .00
SECURED                                                        18,861.88
    INTEREST                                                    1,160.08
UNSECURED                                                         144.01
ADMINISTRATIVE                                                  1,191.20
TRUSTEE COMPENSATION                                            1,822.83
DEBTOR REFUND                                                        .00
                                    ---------------      ---------------
TOTALS                                    23,180.00            23,180.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```